UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODIS WILLIAMS,

    Plaintiff,

v.

U.S. DEPARTMENT OF VETERAN
AFFAIRS, BANK OF AMERICA, N.A.,
WELLS FARGO BANK, N.A., JEANE M.
KIVI a/k/a JEANNE M. KIVI,
TROTT & TROTT, P.C., RALPH
LEGGAT, WAYNE COUNTY SHERIFF'S
DEPARTMENT, MORTGAGE INVESTORS
CORPORATION, MORTGAGE ELECTRONIC
SERVICES, SUSAN BETH FALSETTI,
RACHEL STARKS, CNA SURETY, and
THOMAS J. SNYDER,

    Defendants.
_____/

Case No. 11-11938
Honorable Patrick J. Duggan

## JUDGMENT

Plaintiff initiated this *pro se* action against Defendants on May 3, 2011. All of Defendants, except the Wayne County Sheriff's Department and Ralph Leggat, responded to Plaintiff's Complaint with a motion to dismiss and/or for summary judgment. In an Opinion and Order entered on this date, the Court granted the motions and dismissed Plaintiff's Complaint against these defendants pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court further *sua sponte* dismissed Plaintiff's Complaint against the Wayne County Sheriff's Department and Ralph Leggat pursuant to Federal Rule of Civil Procedure 12(b)(1).

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Dated: October 27, 2011             s/PATRICK J. DUGGAN
                                    UNITED STATES DISTRICT JUDGE

Copies to:
Theodis Williams
19394 Goulburn Street
Detroit, MI   48205

Julia A. Caroff, Esq.
Jessica L. Berg, Esq.
Michelle T. Thomas, Esq.
Matthew J. Boettcher, Esq.
Jason P. Klingensmith, Esq.
Byron P. Gallagher Jr., Esq.
Michael S. Hill, Esq.
Omar J. Harb, Esq.